United States District Court
Southern District of Texas
**ENTERED**
June 11, 2024
Nathan Ochsner, Clerk

### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | | |
|---|---|---|
| PAYMANEH PASHA, | § | CIVIL ACTION NO |
| Plaintiff, | § | 4:22-cv-03211 |
| | § | |
| | § | |
| vs. | § | JUDGE CHARLES ESKRIDGE |
| | § | |
| | § | |
| DICK'S SPORTING | § | |
| GOODS INC, | § | |
| Defendant. | § | |

## ORDER

The Court is advised that the parties have settled their dispute before a mediator. Dkt 54.

All claims by Plaintiff against Defendant are DISMISSED WITH PREJUDICE.

Plaintiff may move within sixty days to reinstate the claims against Defendant if approval of documentation or condition precedent fails.

SO ORDERED.

Signed on June 11, 2024, at Houston, Texas.

Hon. Charles Eskridge
United States District Judge